# McCarthy Weisberg Cummings
### A Professional Corporation
ATTORNEYS AT LAW

| | | |
|---|---|---|
| JAMES J. MCCARTHY, JR.* | | OF COUNSEL |
| LARRY A. WEISBERG | **2041 HERR STREET** | SUELLEN M. WOLFE†* |
| DERREK W. CUMMINGS*^ | HARRISBURG, PENNSYLVANIA **17103**-1624 | |
| † LL.M. (TAXATION) | | PHONE: 717.238.5707 |
| *CERTIFIED PUBLIC ACCOUNTANT | | FAX:     717.233.8133 |
| ^MEMBER ARIZONA BAR | | |

March 15, 2016

The Honorable Christopher C. Conner
Chief Judge
United States District Court
Middle District of Pennsylvania
Ronald Reagan Federal Building &
United States Courthouse
228 Walnut Street
Harrisburg, PA 17101

  **Re:** *Hana Abraham v. Wal-Mart Stores East, L.P.*
     **Civil Action No. 1:15-cv-01972-CCC**

Dear Judge Conner:

  We are writing to advise you that the Parties in the above-referenced civil action have reached an agreement in principle to resolve this matter, and that we are in the process of finalizing and executing settlement documents. Upon completion of the settlement, the Parties intend to file a Joint Stipulation of Dismissal with Prejudice.

  Should you have any questions, please contact us.

           Sincerely,

          /s/ Derrek W. Cummings
          Derrek W. Cummings, Esquire
          (717) 238-5707

          *Attorney for Plaintiff*

          /s/ Gwyneth R. Williams
          Gwyneth R. Williams, Esquire
          (856) 429-5300

          *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

/s/ Derrek W. Cummings

Derrek W. Cummings, Esquire