# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HANA ABRAHAM | : Civil Action No: 1:15-cv-01972-CCC |
| Plaintiff, | : The Honorable Christopher C. Conner |
| v. | : |
| WAL-MART STORES EAST, LP | : *ELECTRONICALLY FILED* |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Hana Abraham, and Defendant, Wal-Mart Stores East, LP, by their undersigned counsel, and pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Respectfully Submitted,

/s/ Derrek W. Cummings
Derrek W. Cummings
dcummings@mwcfirm.com
McCarthy Weisberg Cummings, P.C.
2041 Herr Street
Harrisburg, PA 17103-1624
Tel: 717-238-5707
Fax: 717-233-8133

*Counsel for Plaintiff*

/s/ Gwyneth R. Williams
Gwyneth R. Williams, Esquire
gwilliams@mcda-law.com
McDonnell and Associates, P.C.
Metropolitan Business Center
860 First Avenue, Suite 5B
King of Prussia, PA 19406
Tel: (610) 337-2087
Fax: (610) 337-2575

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date applied by the Court's ECF filing system, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

By: /s/ Derrek W. Cummings  
Derrek W. Cummings
